United States District Court
Southern District of Texas
**ENTERED**
January 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORTEZA NAGHAVI, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:21-cv-01991 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| EDGEFIELD | § | |
| HOLDINGS LLC, | § | |
| Defendant. | § | |

## ORDER

Defendant and Counter Claimant Edgefield Holdings LLC has moved for sanctions, to strike, and for entry of default. Dkts 24 & 29. Plaintiff and Counter Defendant Morteza Naghavi responded with motions to remand and abstain, for leave to file answers, and for judgment on the pleadings. Dkts 28, 35, & 37.

A motion hearing by videoconference is now SET in this matter for Thursday, January 20, 2022, at 9:30 AM.

SO ORDERED.

Signed on January 12, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge